### BHB SKYLAKE CORPORATION v. PAUL
80-323-AP
Circuit Court, Eleventh Circuit, Appellate Division
August 20, 1981

Rudolph F. Aragon, Greenberg, Traurig, Hoffman, Lipoff, Quentel & Wolff, P.A. Miami, for appellant.

Seymour Paul, in Proper Person, appellee.

Before KNIGHT, SMITH & DURANT.

This appeal is from a Final Judgment in which the trial Court awarded Appellee $150.00 plus costs. On consideration of the record, briefs, and argument of counsel, we find merit in Appellant's contentions that an agreement for the sale of real property, which has merged into a subsequent purchase agreement, cannot be rescinded, *Dix v. Dix,* 191 So.205 (Fla. 1939), and that there is no requirement under Florida law that a developer build a condominium unit in accordance with its building plan unless deviations from such plan rise to the level of breach of warranties. *David v. B & J Holding Corp.,* 349 So.2d 676 (Fla.3d DCA 1977). Accordingly, the judgment appealed from is reversed.